# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JOSEPH ROVESS STINES,**
      Petitioner,

vs.

**UNITED STATES OF AMERICA,**
      Respondent.
_____/

**CRIMINAL NO. 98-80812-01**
**CIVIL NO. 04-74075**

**HONORABLE PAUL BORMAN**
**HONORABLE STEVEN D. PEPE**

### ORDER DENYING PLAINTIFF'S MOTION TO UNSEAL FILE (#502)

On December 10, 2004, Plaintiff filed a motion to unseal the sentencing files of fifteen individuals who apparently testified against him, and he believes gave false testimony concerning any promises or incentives offered them by the government. Plaintiff was assigned counsel who on June 7, 2005, filed a second motion to unseal Hans Thomas' sentencing file asserting the Assistant U.S. Attorney misrepresented Thomas' plea deal as 20 years including a 10 mandatory minimum.  Mr. Thomas was sentenced in October 1999.  Yet, Mr. Thomas was apparently free in December 2002 when an arrest warrant for murder issued for him. Petitioner's earlier motion sought sentencing files on 15 individuals including Hans Thomas.   Because Petitioner is now represented by counsel, who is also to amend Petitioner's § 2255 motion, it is assumed that the earlier motion to unseal is superceded by Plaintiff's June 7, 2005, motion to unseal.  Therefore, the December 10, 2004, motion to unseal file is DENIED as moot without prejudice.

SO ORDERED.

Dated: September 30, 2005          s/Steven D. Pepe
Ann Arbor, Michigan          United States Magistrate Judge

Certificate of Service

    I hereby certify that copies of this Order were served upon the attorneys of record by electronic means or U. S. Mail on September 30, 2005.

                                                s/William J. Barkholz
                                                Courtroom Deputy Clerk

2:98-cr-80812-PDB   Doc # 538   Filed 09/30/05   Pg 2 of 2    Pg ID 809