UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ROVESS STINES,

        Petitioner,         Case No. 98-80812

vs.        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA,

        Respondent.
_____ /

ORDER SETTING EVIDENTIARY HEARING ON JANUARY 22, 2010

The Court, having heard argument on November 17, 2009, sets an evidentiary hearing for January 22, 2010 at 2:00 p.m.  Defendant Joseph Stines shall be brought in by the Marshal for the hearing.

SO ORDERED.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 18, 2009.

        S/Denise Goodine
        Case Manager